IRISH FREE STATE and Others v. GUARANTY SAFE DEPOSIT COMPANY and Others. FRIENDS OF IRISH FREEDOM, as Claimant Based upon Ten Bond Certificates, etc., v. PETER J. BRADY and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY DUNNING ROSE v. MALCOLM C. ROSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHATZBERG v. LOUIS SCHATZBERG.— Motion to dismiss appeal denied, with leave to renew after determination of the pending motion for reargument. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHATZBERG v. LOUIS SCHATZBERG.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHATZBERG v. LOUIS SCHATZBERG.— Motion to dismiss appeal denied, with leave to renew after determination of the pending motion for reargument. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

41ST ST. BUS TERMINAL, INC., v. JOHN KLINGER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 27, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. PUTNAM STRONG v. HENRIETTA STRONG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS ROSNER v. JACOB REISBERG and Another, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARDSMORE ESTATES, INC., v. REALTY RETURN CORPORATION and Others, Impleaded with MAXWELL P. BROWN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 27th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAP C. MUMA v. POMPANO HORSE CLUB, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before November 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. J. COURTMEL CO., INC., v. THE ALLIANCE REALTY COMPANY and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAY H. RITCHEY and Another, as Executors, etc., of DANIEL P. RITCHEY, Deceased. ANNIE HERBST and Another, Executors, etc., of JOSEPH H. HERBST, Deceased, Appellants.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS FINE v. RAMAPO ESTATES, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER KRAUS v. LORRAINE COAT COMPANY, INC.— Motion to dismiss appeal granted on condition that respondent stipulate that question of whether or not the order of arrest was properly granted is covered by the arbitration agreement.